IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAFAEL BARRERA-CHANTACA

    Defendant.

Case No. 3:18-CR-110

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 70)

---

This case is before the Court on the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 70), wherein the Magistrate Judge recommends that Defendant's plea of guilty to Count 1 of the Superseding Information be accepted by the Court and that Defendant be found guilty as charged in such Count. The parties filed no objections to the Report and Recommendation, and the time for filing objections has expired.

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendation (doc. 70) of the United States Magistrate Judge should be and is hereby **ADOPTED** in its entirety. The Court **ACCEPTS** Defendant's guilty plea and Defendant is hereby adjudged **GUILTY** of Count One of the Superseding Information

    IT IS SO ORDERED.

Date: 1-23-20

Walter H. Rice
United States District Judge